NO. 12-03-00311-CV


NO. 12-03-00312-CV



IN THE COURT OF APPEALS



TWELFTH COURT OF APPEALS DISTRICT


 

TYLER, TEXAS


 


§
 



IN RE: FREDRICK BROWN,
§
 ORIGINAL PROCEEDING

RELATOR


§
 






MEMORANDUM OPINION


 Relator Fredrick Brown seeks a writ of mandamus requiring the trial court to rule on his
pending motion to quash or, in the alternative, to "Show Cause why said ORDER should not be
followed." Based upon our review of Relator's petition, we conclude that Relator has not shown
himself entitled to the relief he seeks. Accordingly, the writ of mandamus is denied.

 SAM GRIFFITH 

 Justice


Opinion delivered September 24, 2003.

Panel consisted of Worthen, C.J., Griffith, J. and DeVasto, J.







(PUBLISH)